(No. 6120-)

ROOT BROTHERS MFG. & SUPPLY, An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, DIVISION of HIGHWAYS, Respondent.

*Opinion filed October 12, 1971.*

KORSHAK, ROTHMAN, OPPENHEIM & FINNEGAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.